IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BRANDON OSHAY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 5:14-CV-112-C |

## ORDER

Plaintiff, Brandon Oshay Williams, appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, the Commissioner's decision is **REVERSED**, and the above-styled and -numbered civil action is **REMANDED** for further administrative proceedings.

Dated this 12th day of May, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE